1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   PAMELA T. JOHANN (CABN 145558)
3  Chief, Civil Division

4  SAPNA MEHTA (CABN 288238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7478
7      FAX: (415) 436-6748
       sapna.mehta@usdoj.gov
8
   Attorneys for Defendants
9

**IT IS SO ORDERED**
Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLIE R. JACKSON, | CASE NO. 3:25-cv-06341-EMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION, | |
| Defendants. | |

Plaintiff Kellie R. Jackson ("Plaintiff") and Defendants United States Department of Homeland Security and United States Customs and Border Protection ("Defendants"), by and through their undersigned counsel, stipulate pursuant to Local Civil Rule 6.1(a) to extend the time for Defendants to respond to Plaintiff's Complaint as follows:

1. Plaintiff filed her Complaint (Dkt. 1) on July 29, 2025;

2. Defendants' current deadline to respond to Plaintiff's Complaint is September 12, 2025;

3. Defendants requested, and Plaintiff agreed to, a two-week extension of Defendants' responsive pleading deadline to September 26, 2025; and

4. This stipulation will not alter the date of any event or any deadline already fixed by the

Court.

THEREFORE, IT IS HEREBY STIPULATED that Defendant will have until September 26, 2025 to respond to Plaintiff's Complaint.

DATED: September 11, 2025                    Respectfully submitted,

                                             CRAIG H. MISSAKIAN
                                             United States Attorney

                                             */s/ Sapna Mehta*
                                             SAPNA MEHTA
                                             Assistant United States Attorney

DATED: September 11, 2025                    DORSEY & WHITNEY LLP

                                             */s/ Madison Burr*
                                             ISAAC M. GABRIEL
                                             MADISON A. BURR
                                             Attorneys for Plaintiff

## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: September 11, 2025        By:    */s/ Sapna Mehta*
                                         SAPNA MEHTA
                                         Assistant United States Attorney